UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLORIA JONES,

     Plaintiff,

v.                                   Case No: 8:17-cv-1212-T-36TGW

CREDIT ONE BANK, N.A.,

     Defendant.

_____/

## O R D E R

This matter comes before the Court upon Defendant's Motion to Dismiss and Compel Arbitration (Doc. 17), filed on September 25, 2017. In the motion, Defendant argues that Plaintiff's claims are subject to mandatory arbitration. Therefore, Defendant requests that the Court dismiss the lawsuit with prejudice or, in the alternative, stay the case and compel the parties to arbitration. Plaintiff filed a response indicating that she does not object to arbitration of this matter. Doc. 18. The Court, having considered the motion and being fully advised in the premises, will grant Defendant's Motion to Dismiss and Compel Arbitration.

     **Accordingly, it is ORDERED**:

     1.     Defendant's Motion to Dismiss and Compel Arbitration (Doc. 17) is **GRANTED**.

     2.     The parties are ordered to arbitrate Plaintiff Gloria Jones' claims against Defendant Credit One Bank, N.A.

     3.     This case is **STAYED** pending the arbitration of Gloria Jones' claims against Credit One Bank, N.A.

4.      The parties shall file a notice informing the Court that the arbitration has been concluded, or that their dispute has otherwise been resolved, within ten days of either of such event.

5.      The Clerk is directed to terminate all pending motions and deadlines and administratively close this file.

**DONE AND ORDERED** in Tampa, Florida on October 11, 2017.


Charlene Edwards Honeywell
United States District Judge


Copies to:
Counsel of Record and Unrepresented Parties, if any